No. 71–6836. GUNSTON v. SUPERIOR COURT OF ALAMEDA COUNTY. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Hensley* v. *Municipal Court, San Jose-Milpitas Judicial District, ante,* p. 345.

No. D–9. IN RE DISBARMENT OF THALER. It having been reported that Seymour R. Thaler of New York, New York, has been disbarred from the practice of law in all of the courts of the State of New York, and this Court by order of February 20, 1973 [410 U. S. 921], having suspended the said Seymour R. Thaler from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon respondent and that the time within which to file a return to the rule has expired;

It is ordered that the said Seymour R. Thaler be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 72–812. STORER ET AL. v. BROWN, SECRETARY OF STATE OF CALIFORNIA, ET AL. Appeal from D. C. N. D. Cal. [Probable jurisdiction noted, 410 U. S. 965.] Motion of Committee for Democratic Election Laws for leave to file a brief as *amicus curiae* in support of appellants granted.

No. 72–1428. ELLER ET AL. v. VAUGHNS ET AL. C. A. 4th Cir. Motion to advance and for *pendente lite* relief denied.